# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00356-CR

**Christopher Joe Bradshaw, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2019-435, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due November 16, 2023. On February 21, 2024, this Court ordered appellant to file his brief by March 27, 2024, and informed him that no further extensions would be granted and that a failure to file his brief would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id*. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing,

which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 17, 2024. *See id.* R. 38.8(b)(3).

It is so ordered May 17, 2024.

Before Justices Baker, Triana, and Kelly

Abated and Remanded

Filed: May 17, 2024

Do Not Publish